IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| JUAB COUNTY (1) and STATE OF UTAH,<br><br>                    Plaintiffs,<br>vs.<br><br>UNITED STATES OF AMERICA, U.S. DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT,<br><br>                    Defendants, and<br><br>SOUTHERN UTAH WILDERNESS ALLIANCE, THE WILDERNESS SOCIETY; and SIERRA CLUB,<br><br>                    Intervenor-Defendants. | **"""""""ORDER GRANTING APPROVAL OF CONSENT DECREE, CONFIRMATION OF QUIET TITLE ACT DISCLAIMER AND FINAL JUDGMENT**<br><br>Civil No. 2:05-CV-00714 (TC)<br><br>Honorable Tena Campbell |

Now before the court is the parties' Joint Motion for Approval of Consent Decree, Confirmation of Consent Decree, Confirmation of Quiet Title Act Disclaimer, and Final Judgment (Docket No. 112).

After careful consideration, the court HEREBY ORDERS that the Consent Decree (Ex. A) is APPROVED, the Quiet Title Act Disclaimer (Ex. B) is CONFIRMED, and the case is DISMISSED WITH PREJUDICE. The Clerk of the Court is directed to close the case.

SO ORDERED this 29th day of August, 2013.

BY THE COURT:

*Tena Campbell*
TENA CAMPBELL
District Court Judge